# EXHIBIT 1

# EXHIBIT 1

# reviewjournal.com



PRINT THIS

Powered by Clickability

Apr. 11, 2010
Copyright © Las Vegas Review-Journal

## Court reprimands lawyer over misleading ads

### Justices order auto insurance public service announcement

By CARRI GEER THEVENOT
LAS VEGAS REVIEW-JOURNAL

The Nevada Supreme Court publicly reprimanded a Las Vegas lawyer Friday for running a Spanish radio advertisement in 2008 that "grossly misstated the law."

According to the order, Anthony "Tony the Tiger" Lopez Jr. ran the 10-second advertisement on two radio stations in Las Vegas and one in Reno. It cost about $19,500 and ran for about three months.

The commercial told listeners: "If you have had an auto accident, by law you have the right to receive at least $15,000 for your case."

"The record demonstrates that the advertisement misled the public into believing that they had a right to $15,000 if they were involved in a car accident regardless of the merits of their case," according to the Supreme Court order. "Moreover, as the State bar argues, Lopez's prior instances of misconduct evidence his disregard for the rules of professional conduct."

Neither Lopez nor attorney Felicia Galati, who represented him at a disciplinary hearing in January 2009, could be reached for comment Friday afternoon.

A panel of the State Bar of Nevada's Southern Nevada Disciplinary Board conducted the hearing and found that the misrepresentations in the commercial "harmed the public by fostering unnecessary and unwarranted litigation by people who were not necessarily entitled to any recovery."

The panel, which rejected Lopez's argument that the commercial had been intended to inform the public of the minimum insurance requirements for automobile drivers, recommended the public reprimand. The panel also recommended that Lopez be required to run "a Spanish-language public service announcement campaign equal to the $19,500 (he) spent in promoting his misleading advertisement."

"This public service announcement would simply inform the public that drivers have a responsibility under Nevada law to maintain liability insurance with minimum limits of $15,000," according to the recommendation. "The advertisement must be a pure public service announcement and must not contain any solicitation for business."

The Supreme Court ordered Lopez to comply with all the panel's recommendations. Lopez, 49, has been licensed to practice law in Nevada since 1993.

Contact reporter Carri Geer Thevenot at cgeer@reviewjournal.com or 702-384-8710.

**Find this article at:**
http://www.lvrj.com/news/court-reprimands-lawyer-over-misleading-ads-90559909.html

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 2

# EXHIBIT 2

- Home
- Class Action
- Credit
- Litigation
- Real Estate
- Subscribe

Operative Bite

Consumer Finance & Litigation News

# Las Vegas Lawyer Reprimanded for False Advertising

by Dean on April 20, 2010

The Nevada Supreme Court publicly reprimanded a Las Vegas lawyer Friday for running a Spanish radio advertisement in 2008 that "grossly misstated the law."

According to the order, Anthony "Tony the Tiger" Lopez Jr. ran the 10-second advertisement on two radio stations in Las Vegas and one in Reno. It cost about $19,500 and ran for about three months.

The commercial told listeners: "If you have had an auto accident, by law you have the right to receive at least $15,000 for your case."

"The record demonstrates that the advertisement misled the public into believing that they had a right to $15,000 if they were involved in a car accident regardless of the merits of their case," according to the Supreme Court order. "Moreover, as the State bar argues, Lopez's prior instances of misconduct evidence his disregard for the rules of professional conduct."

Neither Lopez nor attorney Felicia Galati, who represented him at a disciplinary hearing in January 2009, could be reached for comment Friday afternoon.

A panel of the State Bar of Nevada's Southern Nevada Disciplinary Board conducted the hearing and found that the misrepresentations in the commercial "harmed the public by fostering unnecessary and unwarranted litigation by people who were not necessarily entitled to any recovery."

The panel, which rejected Lopez's argument that the commercial had been intended to inform the public of the minimum insurance requirements for automobile drivers, recommended the public reprimand. The panel also recommended that Lopez be required to run "a Spanish-language public service announcement campaign equal to the $19,500 (he) spent in promoting his misleading advertisement."

"This public service announcement would simply inform the public that drivers have a responsibility under Nevada law to maintain liability insurance with minimum limits of $15,000," according to the recommendation. "The advertisement must be a pure public service announcement and must not contain any solicitation for business."

**2 tweets**
retweet

**WE'RE SORRY**
The news feed is currently unavailable.
Please try again later.

**Sponsored Links**

**Lower Your Blood Pressure**
Only natural way to lower blood pressure proven in 10 clinical trials. Try it today.

**Today's Refinance Rate at 3.0%**
Mortgage Refinance: $200,000 loan for $791/mo. No SSN - FREE Quotes!

**New Era Diets (SHOCKER)**
Simple weight loss secret to lose 12 pounds in 30 days

The Supreme Court ordered Lopez to comply with all the panel's recommendations. Lopez, 49, has been licensed to practice law in Nevada since 1993.

Contact reporter Carri Geer Thevenot at cgeer@reviewjournal.com or 702-384-8710.

## Similar Posts:

- Supreme Court Ruling Facilitates More Class Actions
- Foreclosure Suit Dismissed by New York Court
- Banks Threaten Lawsuit to Keep Bailout Loans Secret
- Bloggers lose anonymity
- Court Renders Patent Unenforceable

Share/Bookmark

Tagged as: car accident, Las Vegas lawyer, Las Vegas,Nevada,United States, Law_Crime, Nevada, Nevada Supreme Court, Nevada's Southern Nevada Disciplinary Board, State bar, State Bar of Nevada's Southern Nevada Disciplinary Board

Leave a Comment

[              ] Name *

[              ] E-mail *

[              ] Website

[ Submit ]

Previous post: Apple Sued for Denying Free Repairs

Next post: Supreme Court Shoots Down Animal Cruelty Law as Unconstitutional



- [search box] Search

- **Calendar**

  May 2010
  | M | T | W | T | F | S | S |
  |---|---|---|---|---|---|---|
  |   |   |   |   |   | 1 | 2 |
  | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
  | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
  | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
  | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
  | 31 |   |   |   |   |   |   |

  « Apr

- **Categories**

  Select Category

- **Tag Cloud**

  AHMADINEJAD appraisal Bank Bank of America banks Business/Finance case law Class Action Credit history Credit score default ELECTION Fannie Mae Finance Foreclosure Foreclsoure Fraud Goldman Sachs Housing Housing Market HVCC IRAN JPMorgan Chase & Co Jumbo Mortgage Law Lawsuit Loan Modification Loss mitigation Maryland Mortgage Mortgage Fraud Mortgage modification Mortgage servicing rights MOUSAVI Personal finance Predatory Lending Real Estate Real property law Refinance refinancing Securitization sub-prime Supreme Court of the United States Troubled Asset Relief Program U.S. Securities and Exchange Commission

- 
  By: Twitter Buttons
- [sitemeter]
- 
- **Meta**

  o Register

- o Log in
- o Entries RSS
- o Comments RSS
- o WordPress.org
- 

Get smart with the Thesis WordPress Theme from DIYthemes.

WordPress Admin





# EXHIBIT 3

# EXHIBIT 3

```
Type of Work:         Text

Registration Number / Date:
                      TX0007162783 / 2010-06-24

Application Title: Court reprimands lawyer over misleading ads.

Title:                Court reprimands lawyer over misleading ads.

Description:          Electronic file (eService)

Copyright Claimant:
                      Righthaven LLC, Transfer: By written agreement.

Date of Creation:     2010

Date of Publication:
                      2010-04-11

Nation of First Publication:
                      United States

Authorship on Application:
                      Stephens Media LLC, employer for hire; Domicile: United
                          States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                      Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                          Avenue, Suite 210, Las Vegas, NV, 89129-7701, United
                          States, (702) 527-5900, dbrownell@righthaven.com

Names:                Stephens Media LLC
                      Righthaven LLC

================================================================================
```