STEVEN A. GIBSON, ESQ.
Nevada Bar No. 6656
sgibson@righthaven.com
J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
JOSEPH CHU, ESQ.
Nevada Bar No. 11082
jchu@righthaven.com
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
(702) 527-5900
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>                Plaintiff,<br><br>v.<br><br>DEAN MOSTOFI, an individual;<br><br>                Defendant. | Case No.: 2:10-cv-01066-KJD-LRL<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>**(First Request)** |

Righthaven LLC ("Righthaven"), by and through their attorneys of record, and Dean Mostofi ("Mr. Mostofi"), hereby stipulate and agree, subject to this Court's approval, to the following:

WHEREBY, Mr. Mostofi, in the above captioned case, filed his Motion to Dismiss for lack of personal jurisdiction, on July 26, 2010, and

WHEREBY, Righthaven filed its Opposition to Defendant's Motion to Dismiss, on August 9, 2010, and

WHEREBY, Mr. Mostofi was properly served with Righthaven's Opposition to Motion to Dismiss by U.S. mail and electronic mail, as required by the Local Rules, on August 16, 2010;

1

Pursuant to LR6-1, it is hereby STIPULATED by both parties that the time for Defendant to file his Reply shall be extended to August 30, 2010. This stipulation is not sought for delay or any improper purpose.

Dated this seventeenth day of August, 2010.

IT IS SO ORDERED.

_____

UNITED STATES DISTRICT JUDGE

Dated: _____

Submitted by:

_/s/ J. Charles Coons_____          __/s/ Dean Mostofi_____
J. Charles Coons, Esq.                          DEAN MOSTOFI, PRO SE
RIGHTHAVEN LLC                                  1737 GLASTONBERRY ROAD,
9960 West Cheyenne Avenue, Suite 210            POTOMAC, MARYLAND 20854
Las Vegas, Nevada 89129-7701                    TEL: 301-867-3887
                                                FAX: 800-547-4541
Attorney for Plaintiff                          E-mail: dean@deanmostofi.com