AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Righthaven LLC

                Plaintiff,

V.

Dean Mostofi

                Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:10-CV-1066 KJD-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Defendant's Motion to Dismiss is GRANTED. Judgment is entered for Defendant Mostofi and against Plaintiff Righthaven LLC.

July 13, 2011

Date

/s/ Lance S. Wilson

Clerk

/s/ Eileen Sterba

(By) Deputy Clerk