1  Thomas C. Willcox
   Attorney at Law
2  5101 Wisconsin Avenue, NW, Suite 210
   Washington DC   20016
3  (202) 657-4978
   tomwillcox87@yahoo.com
4       *(Subject to admission pro hac vice)*

5  Clyde DeWitt
   Nevada Bar Number 9792
6  Law Offices of Clyde DeWitt,
        A Professional Corporation
7  732 South Sixth Street, Suite 100
   Las Vegas, NV 89101-6948
8  (702) 386-1756
   Fax (310) 362-8667
9  clydedewitt@earthlink.net

10 Counsel for Defendant Dean Mostofi

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

## SOUTHERN DIVISION

| | |
|---|---|
| RIGHTHAVEN, LLC, | Case Number 2:10-CV-1066-KJD-GWF |
| Plaintiff, | Hon. Kent J. Dawson |
| v. | **MOTION FOR 14-DAY ENLARGEMENT OF TIME IN WHICH TO FILE MOTION FOR ATTORNEYS FEES; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES** |
| DEAN MOSTOFI, | |
| Defendant. | **[First Request]** |

Page 1

MOTION FOR 14-DAY ENLARGEMENT OF TIME
IN WHICH TO FILE MOTION FOR ATTORNEYS FEES;
SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES

Case Number 2:10-CV-1066-KJD-GWF

K:\Files\Wilcox, Thomas\11-001-P-Motion for Enlargement of Time.wpd

1 **MOTION**

2 The final judgment of dismissal in this case was entered on July 13, 2011.
3 Accordingly, pursuant to Rule 54-16 of this court, a motion for attorneys fees
4 ordinarily would be due no later than 14 days thereafter, or July 27, 2011. Defendant
5 moves for an extension of that deadline for an additional 14 days so that the motion
6 must be filed no later than August 10, 2011.

7

8 **MEMORANDUM OF POINTS AND AUTHORITIES**

9 *Facts*

10 1. On July 13 2011, this court entered an order dismissing without
11 prejudice, the above-captioned action.

12 2. Defendant, while proceeding pro se, paid for legal consulting, and seeks
13 reimbursement for such expenses, as well as costs, pursuant to Fed. R. Civ. P. 54 and
14 17 U.S.C. § 505, as well as this Court's July 13 , 2011 Order.

15 3. Defendant has just retained Attorneys Willcox and DeWitt to represent
16 him in this fee petition motion and the new case, very recently filed by Righthaven
17 against Mr. Mostofi.

18

19 *Applicable Legal Principles*

20 Pursuant to Rule 6(b)(1), FED. R. CIV. PROC., this court has jurisdiction to
21 extend time for good cause, so long as, according to Rule 6(b)(1)(A), the motion is
22 filed before the expiration of the then-effective deadline, as this one is; and, according
23 to Rule 6(b)(2), the deadline is one not established by cited portions of Rules 50, 52,

---
Page 2

**MOTION FOR 14-DAY ENLARGEMENT OF TIME
IN WHICH TO FILE MOTION FOR ATTORNEYS FEES;
SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES**

**Case Number 2:10-CV-1066-KJD-GWF**

K:\Files\Wilcox, Thomas\11-001-P-Motion for Enlargement of Time.wpd

1 | 59 or 60, which this is not. Rather, a motion for attorneys fees is brought pursuant
2 | to rule 54(d)((2).

3 | Accordingly, the court has authority to extend time. *Walker v. Astrue*, 593 F.3d
4 | 274, 280 (3rd Cir.2010).

5 | Good cause obviously exists. Counsel is now making its first appearance – not
6 | adequate time to become familiar with the case.

7 | The undersigned (Mr. Wilcox) has contacted opposing counsel (Shawn A.
8 | Mangano, Esq), requesting his position. He responded, but has not taken a position
9 | one way or another as of yet.

10 | For the above reasons, the instant motion should be granted.

11 | Dated: July 27, 2011.                    Respectfully Submitted,

12 |                                          CLYDE DeWITT
13 |                                          LAW OFFICES OF CLYDE DeWITT, APC

                                             THOMAS C. WILLCOX
14 |                                          ATTORNEY AT LAW

16 |                                          By:   /s/ Clyde DeWitt
                                                   Clyde DeWitt
17 |
                                             Counsel for Defendant Dean Mostofi

---

**Page 3**

**MOTION FOR 14-DAY ENLARGEMENT OF TIME
IN WHICH TO FILE MOTION FOR ATTORNEYS FEES;
SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES**

**Case Number 2:10-CV-1066-KJD-GWF**

K:\Files\Wilcox, Thomas\11-001-P-Motion for Enlargement of Time.wpd