Thomas C. Willcox
Attorney at Law
5101 Wisconsin Avenue, NW, Suite 210
Washington DC   20016
(202) 657.4978
tomwillcox87@yahoo.com
*(Subject to admission pro hac vice)*

Clyde DeWitt
Nevada Bar Number 9792
Law Offices of Clyde DeWitt,
    A Professional Corporation
732 South Sixth Street, Suite 100
Las Vegas, NV 89101-6948
(702) 386-1756
Fax (310) 362-8667
clydedewitt@earthlink.net

Counsel for Defendant Dean Mostofi

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA
# SOUTHERN DIVISION

| | |
|---|---|
| RIGHTHAVEN, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DEAN MOSTOFI,<br><br>    Defendant. | Case Number 2:10-CV-1066-KJD-GWF<br><br>Hon. Kent J. Dawson<br><br>**MOTION TO WITHDRAW AS COUNSEL AND TO PERMIT THE DEFENDANT TO APPEAR *IN PRO PER***<br><br>**[Local Rule IA10–6(b)]** |

Clyde DeWitt moves to withdraw as counsel herein. Thomas C. Willcox has never appeared; he is not a member of the Bar of this court and did not complete the formalities to appear *pro hac vice* pursuant to Local Rule IA10-2.

---

1     Clyde DeWitt appeared in this case at the request of Thomas Wilcox, an
2 attorney practicing in the District of Columbia and who intended to petition to be
3 admitted *pro hac vice*. That appearance was on an emergency basis; it was necessary
4 to receive an extension of time to file his cost and attorneys fees motion.

5     The defendant now has decided to appear *in pro per*. Accordingly, the
6 undersigned counsel moves to withdraw, no longer having authority to act on behalf
7 of the defendant.

8     Filed herewith is Defendant's motion for attorneys fees. The undersigned, at
9 his direction, was not allowed to participate in its preparation and has not reviewed
10 it.

11 Dated: August 10, 2011.        Respectfully Submitted,

12                                CLYDE DeWITT
                                  LAW OFFICES OF CLYDE DeWITT, APC
13
                                  THOMAS C. WILLCOX
14                                ATTORNEY AT LAW

15

16                                By:   /s/ Clyde DeWitt
                                        Clyde DeWitt
17
                                  Counsel for Defendant Dean Mostofi
18

## DECLARATION OF DEAN MOSTOFI

## [28 U.S.C. § 1746]

I, DEAN MOSTOFI declare as follows:

1. I am the defendant in the above-captioned matter, in connection with which I have, unless otherwise indicated, personal knowledge of the following:

2. I represented myself in this proceeding in which I received a favorable judgment.

3. I tentatively retained Thomas C. Wilcox to represent me in connection with recovery of attorneys fees; he, in turn, requested that Clyde DeWitt, a member of the Bar of this court, act as local counsel.

4. I now have decided to proceed without counsel, having been advised by Mr. Wilcox of the dangers and disadvantages of representing myself.

5. I have prepared a motion for attorneys fees herein. I did so without any consultation of Mr. DeWitt and without his participation, all according to my direction.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed this _10_ day of August, 2011.

_Dean Mostofi_